# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

Occupants of B-South of Madison County Jail
Julius Evans

_Plaintiff(s)/Petitioner(s)_

v.

Kristopher Tharp
Paul Sarhage

_Defendant(s)/Respondent(s)_

Case Number: 21-905-JPG

_(Clerk's Office will provide)_

☑ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Julius Evans #93874
405 Randle St.
Edwardsville, IL 62025
618-692-1064

Pluss the rest of the 12 occupants thats on the Attached Class Action law suit Inmate sheet Same address

**Defendant #1:**

B. Defendant __Kristopher Tharp__ is employed as
(a) (Name of First Defendant)

__Captain__
(b) (Position/Title)

with __Madison County Jail__
(c) (Employer's Name and Address)

__405 Randle St. Edwardsville, IL 62025__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If your answer is YES, briefly explain:

He's the captain over all inmates in Madison County Jail Department. Also the captain over all the Correctional Officers.

Rev. 10/3/19

**Defendant #2:**

C.  Defendant __Paul Garbage__ is employed as

(Name of Second Defendant)

__Lieutenant__
(Position/Title)

with __Madison County Jail__
(Employer's Name and Address)
__405 Randle St. Edwardsville, IL 62025__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:
He is the shift commander over the correctional officers, and is in charge of the jail when the captain's not available.

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).



N/A

Rev. 10/3/19

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐ Yes  ☒ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  N/A

Defendant(s):

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Rev. 10/3/19

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? We filed a grievance and waited on the captain to try to respond.

   2. What was the result? The captain did not respond to our grievance. he kept us on ~~~~ lock down, he stated in the attached letter he wrote before the incident took place that the lockdown was Non Negotiable, denied us of our right to due process.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

(N/A)

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

    2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

We asked on the grievance that we be taken off lock down, but we got no response for our grievance. Due to the attached letter from the madison county sheriff office, on Exhibit #1 he explain about the decision being NON Negotiable, which stops our right to due process.

Rev. 10/3/19

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On the date of 7-29-21 we a whole housed on B-South cell block in Madison County Jail were placed on a thirty (30) day lockdown and a thirty (30) day no shop commissary restriction, Due to Lt. Sarhage claims of smelling smoke. Madison County Jail as a whole failed to investigate, no disciplinary tickets were issued to any inmate housed on B-south. A grievance form was filed but there was never a response, due to Captain Tharp's memo that was passed out. He quote ("do not waste my time or yours writing me telling me how unfair things are. There will be no discussion on this matter.")

With that being said we as a whole are being unjustly confined to a thirty (30) day lockdown (Habeas corpus/cruel and unusual Punishment) thirty (30) day no shop commissary restriction and not even allowed to purchase stamps to write our attorney. (due process violated).

Rev. 10/3/19

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

We ask for money damages, seeking $50,000 per inmate involvement with the class action law suit.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 8/8/2021 (date)

Signature of Plaintiff

405 Randle St.
Street Address

Printed Name: Julius Evans

Edwardsville, IL 62025
City, State, Zip

Prisoner Register Number: 93874

Signature of Attorney (if any)

Rev. 10/3/19

# Class Action Lawsuit

## B. South Madison County IL

### Inmates

1. Kadeem Noland — X Kadeem Noland
2. Julius Evans — X [signature]
3. Troy Lacey — X [signature]
4. ~~[scribbled]~~ Mario Mendoza — X Mario Mendoza
5. Earl Barber 99256 — X Earl Barber
6. Marvin Treadway — X Marvin Treadway
7. Otis Harris — X Otis Harris
8. Fred Williams — X Fred Williams
9. Keith Sanders — X [signature]
10. Michael Foots — X [signature]
11. Ronnie Jackson — X Ronnie Jackson
12. Markell Taylor — X [signature]
13. Charlton K. Merchant — X Charlton K. Merchant



**JOHN D. LAKIN**
SHERIFF

Administration: (618) 692-6087
Investigation: (618) 692-0871
County Jail: (618) 692-1064
Emergency: (618) 692-4433
Fax: (618) 656-1210

**OFFICE OF THE SHERIFF**
**MADISON COUNTY, ILLINOIS**
405 Randle Street
Edwardsville, Illinois 62025

Exhibit #2

July 14, 2021

We have recently encountered detainees attempting to start small fires. Such behaviors present a risk to the lives and safety of our detainees and our staff. It will not be tolerated. Detainees within the blocks, even if not directly involved, have an obligation to bring such activities to the attention of our correctional officers immediately. A failure to do so has consequences that are non-negotiable.

Effectively immediately, future occurrences, will result in a mandatory non-negotiable thirty (30) day lock down of the block where the incident occurs. In addition, all commissary for each detainee within the block will be suspended for thirty (30) days. Thirty (30) days is just the starting point. Additional occurrences will result in an increased amount of time.

Everyone needs to understand that commissary is not a right, but a privilege. I reserve the right to terminate commissary if I feel it is in the best interest of the facility and the safety of those within it. I am more than prepared to do that.

Those found attempting to start fires will be charged criminally. It is not a joke. The decision is yours.

Illinois County Jail Standards dictate that I am only required to allow detainees out of their cells once every twenty-three (23) hours. I reserve the right to adhere to that protocol indefinitely. I am prepared to do that as well.

I have temporarily suspended certain commissary items for safety purposes. Remember as of right now it is temporary. The items will be instituted again when I am comfortable with it.

You are not in the Illinois Department of Corrections or bound by the rules of other facilities you have been in. Many detainees make that mistake. Trust that before I institute a directive, I have done my research and made those decisions based on solid reasoning and in compliance with all county jail regulations.

The solution to this issue is quite simple. Act like adults. If someone conducts themselves in a manner that is reckless and dangerous let an officer know immediately. If you do not, you are part of the problem, not the solution. The choice is yours-you are an adult. Do not waste my time or yours writing me telling how unfair things are. There will be no discussion on this matter. I have been clear on what the consequences will be.

I have been placed in a position where I must act. I did not create this situation. Know that I will do everything in my power to ensure your safety and the safety of my staff.

Respectfully,

Capt. Kristopher Tharp 301
Captain Kristopher Tharp-Jail Administrator
Madison County Sheriff's Office

Having memories cold blooded memories
High speeding from them lights lettin my ingine speak

## MADISON COUNTY JAIL GRIEVANCE FORM

NAME: B-South   SHERIFF I.D. NUMBER: _____   BLOCK: B-South
DATE OF GRIEVANCE: 7-29-21   TODAYS DATE: 8-5-21

GRIEVANCE: On 7-29-21 B-South cell block was locked down as a whole, due to Lt Sarhage assuming that he smelled smoke. Their was no proper investigation due to his assumption. He did not search any cells and nothing was found. And their was no displinary sheet pass out to any inmate notifying that any inmate has broke the rules, But we are being confined as a whole on a 30 day lockdown and no commissary restriction. That is a direct violation of our due process due to the fact that no one over here was giving a displinary hearing or any chance to prepare a proper defense

*Continue on back*

REQUESTED SOLUTION: B-South as a whole ask that we respectfully be tooking off all restrictions, and to be compensated for the time we was wrongfully locked down. If not B-South as a whole will file a class action law suit, and we will request $50,000 apice for mental physical abuse.

MADISON COUNTY JAIL GRIEVANCE FORM

GRIEVANCE CONTINUED:

to prove our innocense. Do to this unjustified act we are being deprived of ordering legal material and hygiene products. With everything that been stated above Madison County is in violation of our eight admendment, as well of our 14th admendment.

Julius Evans #R38974
465 Randle St.
Edwardsville, IL 62025

"Legal Mail"

**NAIL CLEARED
US MARSHALS**

SAINT LOUIS MO 630
9 AUG 2021 PM 5 L

Clerk of the Court
United States District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

62812-136201

